IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FERNANDO BARRAZA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-15-2567** |
| | § | |
| **KING UTMB EMPLOYEE, et al.,** | § | |
| **Defendants.** | § | |

## ORDER

This day the Court considered the motion for summary judgment of Defendant King. After considering the pleadings and evidence filed, the Court is of the opinion that the following order should issue:

It is hereby ORDERED that the motion for summary judgment is in all things GRANTED. Any and all relief sought by Plaintiff against this Defendant in the above-numbered and styled cause of action is hereby denied and judgment is rendered in favor of Defendant.

It is further ORDERED that the above-styled and numbered cause of action is hereby DISMISSED WITH PREJUDICE. This is a final judgment and disposes of all issues and parties in this case. All relief not specifically granted herein is denied.

SIGNED this _____ day of _____, 2019.

_____
PRESIDING JUDGE