UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Fernando Barraza, §
§
        Plaintiff, §
versus §    Civil Action H-15-2567
§
King UTMB Employee, et al., §
§
        Defendants. §

## Order Granting Seal of Exhibit A

Latabita King moves to seal exhibit A. King says the exhibit contains Barraza's medical records. King's motion is granted. (43)

Signed at Houston, Texas, on May 1, 2019.

Lynn N. Hughes
United States District Judge